1  MARTIN D. BERN (SBN 153203)
       Martin.Bern@mto.com
2  MALCOLM A. HEINICKE (SBN 194174)
       Malcolm.Heinicke@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
5  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
6
   Attorneys for Defendant
7  GUARDSMARK, LLC

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO/OAKLAND DIVISION

11

12 JOHNNY MCFARLAND, on behalf of       CASE NO. C 07 3953
   himself and all others similarly situated,
13                                      CERTIFICATE OF INTERESTED
              Plaintiff,                ENTITIES
14
        vs.                             [LOCAL RULE 3-16]
15
   GUARDSMARK, LLC, and Does 1
16 through 50, inclusive,

17            Defendants.

18

1  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-16, the
2  undersigned counsel of record for Defendant Guardsmark, LLC, certifies that the following listed
3  persons, associations of persons, firms, partnerships, corporations (including parent corporations)
4  or other entities may have a pecuniary interest in the outcome of this proceeding. These
5  representations are made to enable the Court to evaluate possible disqualification or recusal.

- Guardsmark, LLC, Defendant;
- Guardsmark Holdings, Inc., part owner of Guardsmark, LLC;
- Lipman Brothers partnership, part owner of Guardsmark, LLC.

DATED: August 1, 2007

MUNGER, TOLLES & OLSON LLP
MARTIN D. BERN
MALCOLM A. HEINICKE

By: _____
MARTIN D. BERN

Attorneys for Defendant
GUARDSMARK, LLC

3317390.1    - 2 -    CERTIFICATE OF INTERESTED ENTITIES

**PROOF OF SERVICE BY MAIL**

I, Marsha Poulin, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

2. On August 1, 2007, I served true copies of the attached documents entitled CERTIFICATE OF INTERESTED ENTITIES by placing them in an addressed sealed envelopes clearly labeled to identify the persons being served at the addresses shown below/set forth on the attached service list and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission St., 27th Fl., San Francisco, California, on that same date, following ordinary business practices:

Daniel H. Qualls  
Robin G. Workman  
QUALLS & WORKMAN, L.L.P.  
244 California Street, Suite 410  
San Francisco, CA 94111

David Sanford  
Meenoo Chahbazi  
Angela Corridan  
SANFORD, WHITE & HEISLER, LLP  
1666 Connecticut Ave., N.W., Suite 310  
Washington, D.C. 20009

Grant Morris  
LAW OFFICES OF GRANT E. MORRIS  
1666 Connecticut Ave., N.W., Suite 310  
Washington, D.C. 20009

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2007, at San Francisco, California.

_/s/ Marsha Poulin_  
Marsha Poulin