1  MARTIN D. BERN (SBN 153203)
       Martin.Bern@mto.com
2  MALCOLM A. HEINICKE (SBN 194174)
       Malcolm.Heinicke@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
5  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077
6
   Attorneys for Defendant
7  GUARDSMARK, LLC

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO/OAKLAND DIVISION

11

12  JOHNNY MCFARLAND, on behalf of        CASE NO. C 07 3953
    himself and all others similarly situated,
13                                         CORPORATE DISCLOSURE
                Plaintiff,                 STATEMENT
14
        vs.
15
    GUARDSMARK, LLC, and Does 1
16  through 50, inclusive,

17              Defendants.

18

19          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Guardsmark, LLC

20  respectfully submits this disclosure statement:

21          Defendant Guardsmark, LLC declares that it has no parent company and that no

22  publicly held company owns ten percent (10%) or more of its stock.

23  DATED: August 1, 2007            MUNGER, TOLLES & OLSON LLP
                                       MARTIN D. BERN
24                                     MALCOLM A. HEINICKE

25
                                    By: _____
26                                          MARTIN D. BERN

27                                  Attorneys for Defendant
                                    GUARDSMARK, LLC
28

3317467.1                           CORPORATE DISCLOSURE STATEMENT

**PROOF OF SERVICE BY MAIL**

I, Marsha Poulin, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

2. On August 1, 2007, I served true copies of the attached documents entitled CORPORATE DISCLOSURE STATEMENT by placing them in an addressed sealed envelopes clearly labeled to identify the persons being served at the addresses shown below/set forth on the attached service list and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission St., 27th Fl., San Francisco, California, on that same date, following ordinary business practices:

Daniel H. Qualls
Robin G. Workman
QUALLS & WORKMAN, L.L.P.
244 California Street, Suite 410
San Francisco, CA 94111

David Sanford
Meenoo Chahbazi
Angela Corridan
SANFORD, WHITE & HEISLER, LLP
1666 Connecticut Ave., N.W., Suite 310
Washington, D.C. 20009

Grant Morris
LAW OFFICES OF GRANT E. MORRIS
1666 Connecticut Ave., N.W., Suite 310
Washington, D.C. 20009

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2007, at San Francisco, California.

_____
Marsha Poulin

3317467.1                                                                                      PROOF OF SERVICE