MARTIN D. BERN (SBN 153203)
    Martin.Bern@mto.com
MALCOLM A. HEINICKE (SBN 194174)
    Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOHNNY MCFARLAND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC, and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  07-3953 MEJ<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

I, Marsha Poulin, certify and declare:

1.    I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California.  My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

2.    On August 1, 2007, I served true copies of the document entitled:

**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT,**

a copy of which is attached to this Certificate (without Exhibits), by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below and placed said envelope(s) in interoffice mail for collection and deposit with the United

CERTIFICATE OF SERVICE OF NOTICE TO
ADVERSE PARTY; Case No. 07-3953 MEJ

3354484.1

1    States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on

2    that same date, following ordinary business practices:

3    Daniel H. Qualls                        David Sanford
     Robin G. Workman                        Meenoo Chahbazi
     QUALLS & WORKMAN, L.L.P.                 Angela Corridan
4    244 California Street, Suite 410         SANFORD, WHITE & HEISLER, LLP
     San Francisco, CA 94111                  1666 Connecticut Ave., N.W., Suite 310
5                                             Washington, D.C. 20009

6    Grant Morris
     LAW OFFICES OF GRANT E. MORRIS
     1666 Connecticut Ave., N.W., Suite 310
7    Washington, D.C. 20009

8            3.      I am familiar with Munger, Tolles & Olson LLP's practice for collection

9    and processing correspondence for mailing with the United States Postal Service; in the ordinary

10   course of business, correspondence placed in interoffice mail is deposited with the United States

11   Postal Service with first class postage thereon fully prepaid on the same day it is placed for

12   collection and mailing.

13           I declare that I am employed in the office of a member of the bar of this court at

14   whose direction the service was made.

15           I declare under penalty of perjury that the foregoing is true and correct. Executed

16   on August 1, 2007, at San Francisco, California.

17           _____
                        Marsha Poulin
18

19

20

21

22

23

24

25

26

27

28

1  MARTIN D. BERN (State Bar No. 153203)
    Martin.Bern@mto.com
2  MALCOLM A. HEINICKE (State Bar No. 194174)
    Malcolm.Heinicke@mto.com
3  MUNGER, TOLLES & OLSON LLP
    560 Mission Street
4  Twenty-Seventh Floor
    San Francisco, CA  94105-2907
5  Telephone:   (415) 512-4000
    Facsimile:    (415) 512-4077
6
    Attorneys for Defendant
7  GUARDSMARK, LLC

ENDORSED
FILED
ALAMEDA COUNTY

AUG 01 2007

Clerk of the Superior Court
by Esther Coleman, Deputy

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         COUNTY OF ALAMEDA

10

11  JOHNNY MCFARLAND, on behalf of       CASE NO. RG07327410
    himself and all others similarly situated,
12                                        Unlimited Civil Case
            Plaintiff,
13                                        **NOTICE OF REMOVAL OF ACTION TO**
      vs.                                **UNITED STATES DISTRICT COURT**
14
    GUARDSMARK, LLC, and Does 1          Complaint Filed:   May 23, 2007
15  through 50, inclusive,                Department:  22

16            Defendant.

17

18            TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF

19  CALIFORNIA FOR THE COUNTY OF ALAMEDA AND TO PLAINTIFF AND HIS

20  ATTORNEYS OF RECORD:

21            PLEASE TAKE NOTICE that on August 1, 2007, pursuant to 28 U.S.C. §§ 1441,

22  1446 and 1453, defendant Guardsmark, LLC removed this action to the United States District

23  Court for the Northern District of California.  A true and correct copy of the Notice of Removal is

24  attached hereto as Exhibit A.

25            PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the

26  filing of the Notice of Removal in the United States District Court for the Northern District of

27  California, together with the filing of a copy of the Notice of Removal with this Court, effects

28

3318407.1

NOTICE OF REMOVAL OF ACTION TO U.S. DISTRICT COURT

1  removal of this action, and the above-captioned court may proceed no further unless and until the

2  case is remanded.

3  DATED: August 1, 2007

MUNGER, TOLLES & OLSON LLP
MARTIN D. BERN
MALCOLM A. HEINICKE

By: _____
       MARTIN D. BERN

Attorneys for Defendant
GUARDSMARK, LLC

3318407.1

- 2 -

**PROOF OF SERVICE BY MAIL**

I, Marsha Poulin, declare:

1.    I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission St., Twenty-Seventh Fl., San Francisco, California 94105-2907.

2.    On August 1, 2007, I served a true copy of the attached document entitled NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below/set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission St., 27th Fl., San Francisco, California, on that same date, following ordinary business practices:

Daniel H. Qualls
Robin G. Workman
QUALLS & WORKMAN, L.L.P.
244 California Street, Suite 410
San Francisco, CA 94111

David Sanford
Meenoo Chahbazi
Angela Corridan
SANFORD, WHITE & HEISLER, LLP
1666 Connecticut Ave., N.W., Suite 310
Washington, D.C. 20009

Grant Morris
LAW OFFICES OF GRANT E. MORRIS
1666 Connecticut Ave., N.W., Suite 310
Washington, D.C. 20009

3.    I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2007, at San Francisco, California.

_Marsha Poulin_
Marsha Poulin

---

PROOF OF SERVICE