MALCOLM A. HEINICKE (SBN 194174)
    Malcolm.Heinicke@mto.com
MARTIN D. BERN (SBN 153203)
    Martin.Bern@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOHNNY MCFARLAND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC, and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 07-3953 MEJ<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

I, Marsha Poulin, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, CA 94105-2907.

2. On August 2, 2007, I served true copies of the documents entitled:

  1. ECF Registration Information handout;
  2. Welcome to The U.S. District Court, San Francisco;
  3. Notice of Assignment of Case to United States Magistrate Judge For Trial;
  4. Order Setting Initial Case management Conference and ADR Deadlines;
  5. Case Management Standing Order – Magistrate Judge Maria-Elena James;
  6. ADR Dispute Resolution Procedures in the Northern District of California.

by placing them in an addressed sealed envelopes clearly labeled to identify the persons being served at the addresses shown below/set forth on the attached service list and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission St., 27th Fl., San Francisco, California, on that same date, following ordinary business practices:

Daniel H. Qualls
Robin G. Workman
QUALLS & WORKMAN, L.L.P.
244 California Street, Suite 410
San Francisco, CA 94111

David Sanford
Meenoo Chahbazi
Angela Corridan
SANFORD, WHITE & HEISLER, LLP
1666 Connecticut Ave., N.W., Suite 310
Washington, D.C. 20009

Grant Morris
LAW OFFICES OF GRANT E. MORRIS
1666 Connecticut Ave., N.W., Suite 310
Washington, D.C. 20009

3.   I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 2, 2007, at San Francisco, California.

_____
Marsha Poulin

3393468.1                     - 2 -                     CERTIFICATE OF SERVICE
                                                        Case No. 07-3953 MEJ