MARTIN D. BERN (SBN 153203)
 Martin.Bern@mto.com
MALCOLM A. HEINICKE (SBN 194174)
 Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOHNNY MCFARLAND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC, and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 07-3953 MEJ<br><br>**CERTIFICATE OF SERVICE** |

    I, Marsha Poulin, certify and declare:

    1.    I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

    2.    On August 8, 2007, I served true copies of the document entitled:

    **ANSWER OF DEFENDANT GUARDSMARK, LLC**,

by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-

Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

| | |
|---|---|
| Grant Morris<br>LAW OFFICES OF GRANT E. MORRIS<br>1666 Connecticut Ave., N.W., Suite 310<br>Washington, D.C. 20009 | David Sanford<br>Meenoo Chahbazi<br>Angela Corridan<br>SANFORD, WHITE & HEISLER, LLP<br>1666 Connecticut Ave., N.W., Suite 310<br>Washington, D.C. 20009 |

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2007, at San Francisco, California.

_Marsha Poulin_ (signature)
Marsha Poulin