# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOHNNY MCFARLAND, on behalf of
himself and all others similarly situated
                    Plaintiff(s),

Case No. CV-07-03953 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

GUARDSMARK, LLC and Does 1
through 50, inclusive
                    Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10-29-07

*Johnny McFarland*
[Party]

Dated: 10/29/2007

[signature]
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

1  David Sanford, D.C. Bar No. 457933
   Angela Corridan, D.C. Bar No. 492978
2  **SANFORD, WITTELS & HEISLER, LLP**
   1666 Connecticut Avenue, N.W., Suite 310
3  Washington, D.C. 20009
   Telephone: (202) 742-7780
4  Facsimile: (202) 742-7776

5  Grant Morris, D.C. Bar No. 926253
   **LAW OFFICES OF GRANT E. MORRIS**
6  1666 Connecticut Avenue, N.W., Suite 310
   Washington, D.C. 20009
7  Telephone: (202) 742-7783
   Facsimile: (202) 742-7776
8

9  **QUALLS & WORKMAN, L.L.P.**
   Daniel H. Qualls (Bar # 109036)
10 Robin G. Workman (Bar # 145810)
   244 California Street, Suite 410
11 San Francisco, CA 94111
   Telephone: (415) 782-3660
12
   Attorneys for Plaintiff Johnny McFarland,
13 and all others similarly situated.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 JOHNNY MCFARLAND, on behalf of himself  )  No. C 07-03953 PEJ
   and all others similarly situated,      )
18                                         )
                Plaintiff,                  )  PROOF OF SERVICE
19                                         )
                                           )
20       vs.                               )
                                           )
21                                         )
   GUARDSMARK, LLC, and Does 1 through 50, )
22 inclusive,                              )
                                           )
23              Defendants.                )
                                           )
24                                         )
                                           )
25

26

27

28

PROOF OF SERVICE                    -1-                              3150\ POS.DOC

1  I, Tammy M. Mazzullo, hereby declare:

2      I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Qualls & Workman, L.L.P., 244 California Street, Suite 410, San Francisco, California. On October 30, 2007, I served the **ADR CERTIFICATION BY PARTIES AND COUNSEL** on the interested parties in this action via mail by placing a true copy thereof, on the above date, enclosed in a sealed envelope following the ordinary business practice of Qualls & Workman, for collection and mailing in the United States mail addressed as set forth below:

    Martin D. Bern, Esq.
    Munger, Tolles & Olson, LLP
    560 Mission Street, 27th Floor
    San Francisco, CA 94105

    David Sanford, Esq.
    Sanford, Wittels & Heisler, LLP
    1666 Connecticut Avenue, N.W., Suite 310
    Washington, D.C. 20009

    I am personally and readily familiar with the business practice of Qualls & Workman for collection and processing of documents for mailing with the U.S. Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the U.S. Postal Service.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 30, 2007 in San Francisco, California.

                                            Tammy M. Mazzullo