MARTIN D. BERN (State Bar No. 153203)
    Martin.Bern@mto.com
MALCOLM A. HEINICKE (State Bar No. 194174)
    Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY MCFARLAND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC, and Does 1 through 50, inclusive,<br><br>Defendant. | CASE NO.  CV 07-03953 PJH<br><br>**ADR CERTIFICATION BY GUARDSMARK, LLC AND COUNSEL**<br><br>Judge:   Honorable Phyllis J. Hamilton<br><br>Complaint Filed:   May 23, 2007 |

3841044.1

ADR Certification by Guardsmark, LLC and
Counsel; Case No. 07-03953 PJH

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), Guardsmark, LLC and its counsel of record certify that they have:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: October __, 2007

*[signature]*
GUARDSMARK, LLC

Munger, Tolles & Olson LLP
MARTIN D. BERN
MALCOLM A. HEINICKE

DATED: October __, 2007    By: *[signature]*
MARTIN D. BERN

Counsel for Defendant
GUARDSMARK, LLC