## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:  November 8, 2007**                        **JUDGE:  Phyllis J. Hamilton**


**Case No:  C-07-3953  PJH**

**Case Name: Johnny McFarland v. Guardsmark, LLC**

**Attorney(s) for Plaintiff:**          **Robin Workman**
**Attorney(s) for Defendant:**          **Martin D. Bern**

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

### PROCEEDINGS

        Initial Case Management Conference-Held.  Counsel's  request to file an early motion for summary judgment is granted by the court.  The court grants the request in light of the fact that there is no need for discovery or a factual record as confirmed by counsel.  The early motion for summary judgment shall be filed by 1/9/08 and shall not exceed 10 pages.  The motion shall be noticed on a 35 day briefing schedule.  The parties inform the court that they have stipulated to a stay of discovery.  The parties are handed copies of the court's pretrial instructions.


**REFERRALS:**

**[x] Case referred to ADR for Private Mediation**.  **The deadline for completion to be decided at the next case management conference to be set after early motion for summary judgment is decided.**


**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file; ADR