|Clerk's Use Only|
|---|
|Initial for fee pd.:|

David Sanford
Sanford, Wittels & Heisler, LLP
1666 Connecticut Avenue, N.W., Suite 310
Washington, DC 20009
Telephone: (202) 742-7780

FILED
07 NOV 26 PM 3: 00

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOHNNY MCFARLAND, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

GUARDSMARK, LLC, and Does 1 through 50, inclusive,

Defendant(s).

CASE NO. CV-07-3953 MEJ

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, David Sanford, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Daniel H. Qualls, Qualls & Workman, LLP, 244 California Street, Suite 410, San Francisco, CA 94111. Telephone: (415) 782-3660

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/19/07