MARTIN D. BERN (State Bar No. 153203)
  Martin.Bern@mto.com
MALCOLM A. HEINICKE (State Bar No. 194174)
  Malcolm.Heinicke@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendant
GUARDSMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY MCFARLAND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDSMARK, LLC, and Does 1 through 50, inclusive,<br><br>Defendant. | CASE NO. CV 07-03953 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:  Honorable Phyllis J. Hamilton<br>Date:   February 13, 2008<br>Time:   9:00 a.m.<br>Ctrm:   3, 17th Floor<br>Complaint Filed:   May 23, 2007 |

WHEREAS, Defendant Guardsmark, LLC filed a 10-page Motion for Partial Summary Judgment on January 9, 2008;

WHEREAS, Plaintiff Johnny McFarland also filed a 10-page Motion for Partial Summary Judgment on January 9, 2008;

WHEREAS, Plaintiff filed an Opposition to Defendant's Motion on January 18, 2008;

WHEREAS, Defendant's Opposition brief to Plaintiff's Motion for Partial Summary Judgment is due to be filed no later than January 24, 2008,

WHEREAS, it is understood that Guardsmark opposes Plaintiff's Motion and Plaintiff opposes Guardsmark's Motion;

WHEREAS, the parties have met and conferred to discuss the potential for reducing the number of briefs filed with the Court in connection with their cross-motions for partial summary judgment;

**IT IS HEREBY STIPULATED THAT:**

1. Defendant shall file a single brief not to exceed 10 pages in length that shall constitute its (1) Opposition to Plaintiff's Motion for Partial Summary Judgment, and (2) Reply in support of Defendant's Motion for Partial Summary Judgment;

2. Defendant's combined Opposition/Reply Brief shall be filed no later than January 25, 2008;

3. Plaintiff's opposition brief, filed on January 18, 2008, shall also constitute Plaintiff's Reply brief in support of his Motion for Partial Summary Judgment;

4. No further briefs will be filed on either of the two pending motions.

DATED:  January 23, 2008                MUNGER, TOLLES & OLSON LLP


By: _____/s/ Martin D. Bern_____
        MARTIN D. BERN

Attorneys for Defendant
GUARDSMARK, LLC


DATED:  January 23, 2008                QUALLS & WORKMAN, L.L.P.


By: _____/s/ Robin G. Workman_____
        ROBIN G. WORKMAN

Attorneys for Plaintiff
JOHNNY MCFARLAND

**IT IS SO ORDERED.**

DATED:  January 24, 2008

The Honorable
Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 2 -

4331934.1

ORDER RE BRIEFING ON MOTIONS;
CASE NO. CV 07-03953 PJ