UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** February 13, 2008    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3953 PJH
**Case Name:** Johnny McFarland v. Guardsmark, LLC

**Attorney(s) for Plaintiff:**   Robin Workman; Daniel H. Qualls
**Attorney(s) for Defendant:**   Martin D. Bern; Malcolm A. Heinicke

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Kathy Wyatt

**PROCEEDINGS**

Plaintiff's Motion for Partial Summary Judgment-DENIED as stated on the record.

Defendant's Motion for Partial Summary Judgment-GRANTED as stated on the record.

**Order to be prepared by:**   [] Pl  [] Def  [x] Court

**Notes:**

**cc:** file