**UNITED STATES DISTRICT COURT**

Northern District of California

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br><br>Defendant(s).<br>_____/ | **CASE NO.**<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

_____, an active member in good standing of the bar of _____ whose business address and telephone number (particular court to which applicant is admitted) is _____ , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing _____ .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Judge
Phyllis J. Hamilton