**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES DISTRICT COURT

## Northern District of California

|  |  |
|---|---|
|  | **CASE NO.** |
| Plaintiff(s), | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** |
|  | ***PRO HAC VICE*** |
| Defendant(s). | |

_____, an active member in good standing of the bar of _____ whose business address and telephone number (particular court to which applicant is admitted) is

_____,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing _____.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States        Judge
Phyllis J. Hamilton