Clear Form

# UNITED STATES DISTRICT COURT
## Northern District of California

JOHNNY MCFARLAND, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

GUARDSMARK, LLC, and Does 1 through 50, inclusive,

Defendant(s).

CASE NO. CV-07-3953 ~~MEJ~~ PJH

~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

David Sanford, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Sanford, Wittels & Heisler, LLP
1666 Connecticut Avenue, N.W., Suite 310, Washington, DC 20009
Telephone: (202) 742-7780

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/14/08



IT IS SO ORDERED
Judge Phylis J. Hamilton
United States District Judge
Phyllis J. Hamilton