UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY MCFARLAND,

    Plaintiff(s),                        No. C 07-3953 PJH

    v.                                 **CLERK'S NOTICE**

GUARDSMARK, LLC.,

    Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **April 10, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct a Further Case Management Conference, in this matter.    A joint case management conference shall be filed by April 3, 2008.


                                        Richard W. Wieking
                                        Clerk, U.S. District Court

                                        by:_____
                                        Nichole Heuerman, Deputy Clerk
                                        Honorable Phyllis J. Hamilton
                                        (415) 522-2023

Dated: March 17, 2008