UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** April 10, 2008                                                             **JUDGE:**  Phyllis J. Hamilton


**Case No:**  C-07-3953  PJH

**Case Name:** Johnny McFarland v. Guardsmark, LLC

**Attorney(s) for Plaintiff:**          Daniel H. Qualls
**Attorney(s) for Defendant:**       Martin D. Bern; Malcolm A. Heinicke

**Deputy Clerk**:  Nichole Heuerman                         **Court Reporter**: Not Reported

**PROCEEDINGS**

    Further Case Management Conference-Held.  Defense counsel may file motion for protective order to resolve discovery issues.  The deadline to complete liability discovery is 10/15/08.  Plaintiff to file motion for class certification by 11/12/08.  Damages discovery to be taken after class certification.  The case is referred to private mediation to be completed by 10/15/08.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file; ADR