1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6
JOHNNY McFARLAND,
7
            Plaintiff,                    No. C 07-3953 PJH
8
     v.                                   **ORDER**
9
GUARDSMARK, LLC,
10
            Defendant.
11  _____/

12          The court is in receipt of the parties' joint stipulation regarding the dismissal of the

13   claims in the above-entitled action.  Under Federal Rule of Civil Procedure 23(e), "[t]he

14   claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or

15   compromised only with the court's approval."  Fed. R. Civ. P. 23(e).  Although Rule 23(e) in

16   its present form refers only to a "certified class," the Ninth Circuit previously held in Diaz v.

17   Trust Territory of the Pac. Islands, 876 F.2d 1401 (9th Cir. 1989) that the rule applies to

18   pre-certification dismissals and compromises.  Id. at 1406-07.

19          This court assumes, without deciding, that Rule 23 applies in this instance.  Thus,

20   the parties should submit a stipulation that briefly addresses the factors identified in Diaz,

21   and explains why those factors do not weigh in favor of requiring notice to the putative

22   class members in this case.  See, e.g., Ramirez v. Cintas Corp., 2007 WL 4410414 (N.D.

23   Cal., Dec. 14, 2007).  The stipulation shall be filed no later than August 6, 2008.

24

25   **IT IS SO ORDERED.**

26   Dated:  July 23, 2008

27                                          _____
                                            PHYLLIS J. HAMILTON
28                                          United States District Judge

United States District Court
For the Northern District of California