```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022802
Cashier ID: sprinka
Transaction Date: 08/27/2008
Payer Name: qualls and workman
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: qualls and workman
 Case/Party: D-CAN-3-07-CV-003953-001
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 3495
 Amt Tendered: $455.00
------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

mej

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```