FILED
08 AUG 27 AM 10: 16

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*paid*
*TDO given*

1  Daniel H. Qualls (Bar # 109036)
   Robin G. Workman (Bar # 145810)
2  Aviva N. Roller (Bar # 245415)
   **QUALLS & WORKMAN, L.L.P.**
3  244 California Street, Suite 410
   San Francisco, CA 94111
4  Telephone: (415) 782-3660

5  David Sanford, D.C. Bar No. 457933
   Angela Corridan, D.C. Bar No. 492978
6  **Sanford, Wittels & Heisler, LLP**
   1666 Connecticut Avenue, N.W., Suite 310
7  Washington, D.C. 20009
   Telephone: (202) 742-7780
8
   Grant Morris, D.C. Bar No. 926253
9  **Law Offices of Grant E. Morris**
   1666 Connecticut Avenue, N.W., Suite 310
10 Washington, D.C. 20009
   Telephone: (202) 742-7783
11
   Attorneys for Plaintiff Johnny McFarland, and all others similarly situated.
12

13                    IN THE UNITED STATES DISTRICT COURT

14                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | JOHNNY MCFARLAND, on behalf of himself ) No. C 07-03953 MEJ
   | and all other similarly situated,       )
16 |                                         ) **NOTICE OF APPEAL**
   |        Plaintiff,                       )
17 |                                         )
   |   vs.                                   )
18 |                                         )
   | GUARDSMARK, LLC, and Does 1 through 50, )
19 | inclusive,                               )
   |                                         )
20 |        Defendants.                      )

21     Notice is hereby given that Johnny McFarland, plaintiff in the above named case, hereby

22 appeals to the United States Court of Appeals for the Ninth Circuit from the Stipulated Judgment

23 entered herein on August 25, 2008.

24 DATE: August 26, 2008                    QUALLS & WORKMAN, L.L.P.

25

26                                  By: _____
                                        Robin G. Workman
27                                      Attorney for Plaintiff Johnny McFarland,
                                        and all others similarly situated
28

NOTICE OF APPEAL                      -1-             3150\PLEADINGS\APPEALNOTICE.DOC

PROOF OF SERVICE

I, Cheryl Porter, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Qualls & Workman, L.L.P., 244 California Street, Suite 410, San Francisco, California.

On August 27, 2008, I served the NOTICE OF APPEAL on the interested parties in this action via mail by placing a true copy thereof, on the above date, enclosed in a sealed envelope following the ordinary business practice of Qualls & Workman, for collection and mailing in the United States mail addressed as set forth below:

> Martin D. Bern
> Munger Tolles & Olson LLP
> 560 Mission Street
> Twentyseventh Floor
> San Francisco, CA 94105-2907

> Malcolm A. Heinicke
> Munger Tolles & Olson LLP
> 560 Mission Street
> 27th Floor
> San Francisco, CA 94105-2907

I am personally and readily familiar with the business practice of Qualls & Workman for collection and processing of documents for mailing with the U.S. Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the U.S. Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 27, 2008, at San Francisco, California.

*/s/ Cheryl Porter*
Cheryl Porter

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022802
Cashier ID: sprinka
Transaction Date: 08/27/2008
Payer Name: qualls and workman
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: qualls and workman
 Case/Party: D-CAN-3-07-CV-003953-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 3495
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

mej

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```