ADRMOP, CLOSED, E-Filing, PRVADR

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-03953-PJH
## Internal Use Only

McFarland v. Guardsmark, LLC
Assigned to: Hon. Phyllis J. Hamilton
Case in other court: Alameda Superior Court, RG 07327410
Cause: 28:1441 Petition for Removal

Date Filed: 08/01/2007
Date Terminated: 08/25/2008
Jury Demand: None
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

### Plaintiff

**Johnny McFarland**
*on behalf of himself and all others similarly*
*situated*

represented by **Daniel H. Qualls**
Qualls & Workman
244 California Street
Suite 410
San Francisco , CA 94111
415/782-3660
Email: qualls@qualls-workman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robin Gibson Workman**
Qualls & Workman
244 California Street
Suite 410
San Francisco , CA 94111
415/782-3660
Email: robin1@qualls-workman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David W. Sanford**
Sanford Wittels & Heisler, LLP
1666 Connecticut Ave., N.W., Suite 310
Washington , DC 20009
(202) 742-7780
Fax: (202) 742-7776
Email: dsanford@nydclaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Grant Morris**
Sanford Wittels & Heisler LLP

1666 Connecticut Avenue, N.W.
Suite 310
Washington , DC 20009
(202) 742-7783
Email: gmorris@nydclaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Guardsmark, LLC**                        represented by    **Martin D. Bern**
Munger Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco , CA 94105-9781
415-512-4000
Fax: 415-512-4077
Email: bernmd@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Malcolm A. Heinicke**
Munger Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco , CA 94105-2907
415-512-4000
Fax: 415-512-4077
Email: heinickema@mto.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2007 | 1 | NOTICE OF REMOVAL from Alameda Superior Court. Their case number is RG 07327410. (Filing fee $350 receipt number 34611008943). Filed by Guardsmark, LLC. (sv, COURT STAFF) (Filed on 8/1/2007) Additional attachment(s) added on 8/9/2007 (ga, COURT STAFF). (Entered: 08/03/2007) |
| 08/01/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 11/1/2007. Case Management Conference set for 11/8/2007 10:00 AM. (Attachments: # 1 Standing Order for Judge James# 2 Standing Order re Discovery# 3 Standing Order re Joint CMC Statement# 4 Standing Order for all Judges)(sv, COURT STAFF) (Filed on 8/1/2007) (Entered: 08/03/2007) |
| 08/01/2007 |   | CASE DESIGNATED for Electronic Filing. (sv, COURT STAFF) (Filed on 8/1/2007) (Entered: 08/03/2007) |
| 08/01/2007 | 3 | Certificate of Interested Entities by Guardsmark, LLC (sv, COURT STAFF) (Filed on 8/1/2007) Additional attachment(s) added on 8/9/2007 (ga, COURT STAFF). (Entered: |

| | | |
|---|---|---|
| | | 08/03/2007) |
| 08/01/2007 | 4 | NOTICE of Corporate Disclosure Statement by Guardsmark, LLC re 3 Certificate of Interested Entities (sv, COURT STAFF) (Filed on 8/1/2007) Additional attachment(s) added on 8/9/2007 (ga, COURT STAFF). (Entered: 08/03/2007) |
| 08/03/2007 | 5 | CERTIFICATE OF SERVICE by Guardsmark, LLC *OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT* (Heinicke, Malcolm) (Filed on 8/3/2007) (Entered: 08/03/2007) |
| 08/03/2007 | 6 | CERTIFICATE OF SERVICE by Guardsmark, LLC *BY MAIL (of ECF Information handout; Notice of Assignment of Case; Order Setting Initial Case Management Conference and ADR Deadlines; Case Managment Standing Order; ADR Procedures)* (Heinicke, Malcolm) (Filed on 8/3/2007) (Entered: 08/03/2007) |
| 08/08/2007 | 7 | ANSWER to Complaint *OF DEFENDANT GUARDSMARK, LLC* byGuardsmark, LLC. (Heinicke, Malcolm) (Filed on 8/8/2007) (Entered: 08/08/2007) |
| 08/08/2007 | 8 | CERTIFICATE OF SERVICE by Guardsmark, LLC re 7 Answer to Complaint (Heinicke, Malcolm) (Filed on 8/8/2007) (Entered: 08/08/2007) |
| 08/24/2007 | 9 | CONSENT to Proceed Before a US Magistrate Judge by Johnny McFarland.. (ga, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/29/2007) |
| 08/24/2007 | 10 | CERTIFICATE OF SERVICE by Johnny McFarland re 9 Consent to Proceed Before a US Magistrate Judge (ga, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/29/2007) |
| 08/31/2007 | 11 | Declination to Proceed Before a U.S. Magistrate Judge by Guardsmark, LLC. (Bern, Martin) (Filed on 8/31/2007) (Entered: 08/31/2007) |
| 10/17/2007 | 12 | ORDER REASSIGNING CASE. Case reassigned to Judge Phyllis J. Hamilton for all further proceedings. Judge Maria-Elena James no longer assigned to the case.. Signed by Executive Committee on 10/17/07. (as, COURT STAFF) (Filed on 10/17/2007) (Entered: 10/17/2007) |
| 10/18/2007 | 13 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Phyllis J. Hamilton on 10/18/07. (nah, COURT STAFF) (Filed on 10/18/2007) (Entered: 10/18/2007) |
| 10/18/2007 | | Set Deadlines/Hearings: Case Management Statement due by 11/1/2007. Case Management Conference set for 11/8/2007 02:30 PM. (nah, COURT STAFF) (Filed on 10/18/2007) (Entered: 10/18/2007) |
| 10/25/2007 | 14 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/30/2007 | 15 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Qualls, Daniel) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 10/31/2007 | 16 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *by Guardsmark, LLC and Counsel* (Bern, Martin) (Filed on 10/31/2007) (Entered: 10/31/2007) |
| 11/01/2007 | 17 | STIPULATION and Proposed Order selecting Private ADR by Johnny McFarland, Guardsmark, LLC (Qualls, Daniel) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/01/2007 | 18 | JOINT CASE MANAGEMENT STATEMENT filed by Guardsmark, LLC. (Bern, Martin) |

| | | |
|---|---|---|
| | | (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/08/2007 | 19 | Minute Entry: Initial Case Management Conference held on 11/8/2007 before Phyllis J. Hamilton (Date Filed: 11/8/2007), Case referred to Private ADR. (Court Reporter Not Reported.) (nah, COURT STAFF) (Date Filed: 11/8/2007) (Entered: 11/08/2007) |
| 11/26/2007 | 20 | MOTION for attorney David Sanford leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611012784.) filed by Johnny McFarland. (ga, COURT STAFF) (Filed on 11/26/2007) (far, COURT STAFF). (Entered: 11/29/2007) |
| 12/03/2007 | 21 | MOTION for attorney Grant Morris leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 34611013057.) filed by Johnny McFarland. (ga, COURT STAFF) (Filed on 12/3/2007) (Entered: 12/04/2007) |
| 01/09/2008 | 22 | MOTION for Partial Summary Judgment filed by Johnny McFarland. Motion Hearing set for 2/13/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Appendix Appendix of Decisions, # 3 Request for Judicial Notice, # 4 Proposed Order Proposed Order)(Workman, Robin) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/09/2008 | 23 | MOTION for Partial Summary Judgment *and Memorandum of Points and Authorties in Support* filed by Guardsmark, LLC. Motion Hearing set for 2/13/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Bern, Martin) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/09/2008 | 24 | JOINT STATEMENT of Undisputed Facts re 23 MOTION for Partial Summary Judgment by Guardsmark, LLC. (Bern, Martin) (Filed on 1/9/2008) Modified on 1/28/2008 (far, COURT STAFF). (Entered: 01/09/2008) |
| 01/09/2008 | 25 | Proposed Order re 23 MOTION for Partial Summary Judgment *and Memorandum of Points and Authorties in Support* by Guardsmark, LLC. (Bern, Martin) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/18/2008 | 26 | MEMORANDUM of Points and Authorities in Opposition re 23 MOTION for Partial Summary Judgment filed by Johnny McFarland. (Attachments: # 1 Request for Judicial Notice)(Workman, Robin) (Filed on 1/18/2008) Modified on 1/28/2008 (far, COURT STAFF). (Entered: 01/18/2008) |
| 01/23/2008 | 27 | STIPULATION *and [Proposed] Order on Briefing on Cross-Motions for Partial Summary Judgment* by Guardsmark, LLC. (Bern, Martin) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/24/2008 | 28 | ORDER Granting re 27 Stipulation Re Briefing On Cross-Motions For Partial Summary Judgment filed by Guardsmark, LLC (Defendant's combined Opposition/Reply Brief duy 1/25/08). Signed by Judge Phyllis J. Hamilton on 1/24/08. (fj, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/24/2008) |
| 01/25/2008 | 29 | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO 22 Plaintiff's Motion for Partial Summary Judgment and in REPLY to Plaintiff's Opposition to Guardsmark's Motion for Partial Summary Judgment filed by Guardsmark, LLC. (Related document(s) 22 ) (Heinicke, Malcolm) (Filed on 1/25/2008) Modified on 1/28/2008 (far, COURT STAFF). (Entered: 01/25/2008) |
| 02/13/2008 | 30 | Minute Entry: Motion Hearing held on 2/13/2008 before Phyllis J. Hamilton re 22 MOTION for Partial Summary Judgment filed by Johnny McFarland, 23 MOTION for |

| | | |
|---|---|---|
| | | Partial Summary Judgment and Memorandum of Points and Authorties in Support filed by Guardsmark, LLC. (Court Reporter Kathy Wyatt (415) 487-9834) (nah, COURT STAFF) (Date Filed: 2/13/2008) Modified on 2/13/2008 (far, COURT STAFF). (Entered: 02/13/2008) |
| 02/13/2008 | 31 | Proposed Order re 20 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 3461101278.) by Johnny McFarland. (Sanford, David) (Filed on 2/13/2008) (Entered: 02/13/2008) |
| 02/13/2008 | 32 | Proposed Order re 21 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210, receipt number 3461101305.) by Johnny McFarland. (Sanford, David) (Filed on 2/13/2008) (Entered: 02/13/2008) |
| 02/14/2008 | 33 | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE by Judge Phyllis J. Hamilton granting 20 Motion for Pro Hac Vice for David Sanford. (nah, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 34 | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE by Judge Phyllis J. Hamilton granting 21 Motion for Pro Hac Vice for Grant Morris. (nah, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/20/2008 | 35 | TRANSCRIPT of Proceedings held on 2/13/08 before Judge Hamilton. Court Reporter: Katherine Wyatt. (far, COURT STAFF) (Filed on 2/20/2008) (Entered: 02/21/2008) |
| 03/14/2008 | 36 | ORDER by Judge Hamilton denying 22 Plaintiff's Motion for Partial Summary Judgment; granting 23 Defendant's Motion for Partial Summary Judgment (pjhlc1, COURT STAFF) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/17/2008 | 37 | CLERK'S NOTICE SETTING FURTHER CASE MANAGEMENT CONFERENCE. Further Case Management Conference set for 4/10/2008 02:30 PM. Case Management Statement due by 4/3/2008. (nah, COURT STAFF) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 04/07/2008 | 38 | JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER filed by Guardsmark, LLC. (Heinicke, Malcolm) (Filed on 4/7/2008) Modified on 4/7/2008 (far, COURT STAFF). (Entered: 04/07/2008) |
| 04/10/2008 | 39 | Minute Entry: Further Case Management Conference held on 4/10/2008 before Phyllis J. Hamilton (Date Filed: 4/10/2008), Case referred to Private ADR. Discovery due by 10/15/2008. Motion for Class Certification to be filed by 11/12/2008. (Court Reporter Not Reported.) (nah, COURT STAFF) (Date Filed: 4/10/2008) (Entered: 04/11/2008) |
| 07/22/2008 | 40 | JOINT NOTICE OF MOTION AND JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT filed by Guardsmark, LLC. Motion Hearing set for 9/3/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Heinicke, Malcolm) (Filed on 7/22/2008) Modified on 7/23/2008 (far, COURT STAFF). (Entered: 07/22/2008) |
| 07/22/2008 | 41 | Stipulated and [Proposed] JUDGMENT re 40 JOINT NOTICE OF MOTION AND JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT by Guardsmark, LLC. (Heinicke, Malcolm) (Filed on 7/22/2008) Modified on 7/23/2008 (far, COURT STAFF). (Entered: 07/22/2008) |
| 07/23/2008 | 42 | ORDER. Signed by Judge Hamilton on 7/23/2008. (pjhlc1, COURT STAFF) (Filed on 7/23/2008) (Entered: 07/23/2008) |

| 08/06/2008 | 43 | Brief re 40 JOINT NOTICE OF MOTION AND JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT *"JOINT SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT"* filed byGuardsmark, LLC. (Related document(s) 40 ) (Heinicke, Malcolm) (Filed on 8/6/2008) (Entered: 08/06/2008) |
|---|---|---|
| 08/25/2008 | 44 | STIPULATED JUDGMENT, ***Civil Case Terminated. Signed by Judge Phyllis J. Hamilton on 8/25/08. (nah, COURT STAFF) (Filed on 8/25/2008) (Entered: 08/26/2008) |