1  MARTIN D. BERN (State Bar No. 153203)
     *Martin.Bern@mto.com*
2  MALCOLM A. HEINICKE (State Bar No. 194174)
     *Malcolm.Heinicke@mto.com*
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
4  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
5  Facsimile:    (415) 512-4077

6  Attorneys for Defendant
   GUARDSMARK, LLC
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | JOHNNY MCFARLAND, on behalf of himself and all others similarly situated, | CASE NO.  CV 07-03953 PJH
12 |  | **AMENDED STIPULATION AND [PROPOSED] ORDER RE: GUARDSMARK'S MOTION FOR ATTORNEY'S FEES**
13 | Plaintiff, |
14 | vs. |
15 | GUARDSMARK, LLC, and Does 1 through 50, inclusive, |
16 | Defendant. |

1  WHEREAS, the Court entered judgment in this matter on August 26, 2008, and
2  thus absent an Order of the Court, Guardsmark would need to file a motion seeking some or all of
3  its incurred attorney's fees no later than September 9, 2008;

4  WHEREAS, Defendant Guardsmark, LLC has notified Plaintiff Johnny
5  McFarland of Guardsmark's intent to file a motion seeking some or all of its incurred attorney's
6  fees;

7  WHEREAS, district courts retain jurisdiction to hear post-judgment attorney's fee
8  motions despite a pending appeal of the underlying case. *See, e.g.*, *Masalosalo v. Stonewall Ins.*
9  *Co.,* 718 F.2d 955, 957 (9th Cir. 1983);

10  WHEREAS, counsel for the parties are engaging in the meet and confer process,
11  and counsel for Plaintiff need additional time for internal discussions on the issues raised by
12  Guardsmark, and Guardsmark does not object to such an extension;

13  WHEREAS, Federal Rule of Civil Procedure 54 and Civil Local Rule 54-6 allow
14  the Court, upon stipulation, to extend the 14-day deadline for a party to seek attorney's fees
15  following judgment;

16  WHEREAS, it is understood that Plaintiff has not at this point in any way
17  conceded that Guardsmark is entitled to attorney's fees in this case;

18  WHEREAS, an earlier submission of this stipulation had the incorrect extension
19  date through a typographical error by defense counsel;

20  WHEREAS, the parties through their counsel of record stipulate to the entry of an
21  order as follows:
22  ///
23  ///
24  ///
25
26
27
28

5857042.2     - 2 -     AMENDED STIPULATION AND [PROPOSED]
ORDER RE BRIEFING ON FEE MOTION;
CASE NO. CV 07-03953 PJ

**IT IS HEREBY STIPULATED THAT:**

The deadline for Guardsmark to file its motion for attorney fees based on the judgment entered in this case is hereby extended by one week to September 16, 2008.

DATED: September 5, 2008            MUNGER, TOLLES & OLSON LLP

By:        */s/ Malcolm A. Heinicke*
                MALCOLM A. HEINICKE

Attorneys for Defendant
GUARDSMARK, LLC

DATED: September 5, 2008            QUALLS & WORKMAN, L.L.P.

By:         */s/ Daniel Qualls*
                 DANIEL QUALLS

Attorneys for Plaintiff
JOHNNY MCFARLAND

I, Malcolm A. Heinicke, attest that I have obtained concurrence from Daniel Qualls in the filing of this Stipulation And [Proposed] Order Re: Guardsmark's Motion For Attorney Fees.  *See* N.D. Cal. General Order 45 § 10(B).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The deadline for Guardsmark to file its motion for attorney fees based on the judgment entered in this case is hereby extended by one week to September 16, 2008.

DATED:  9/8/08            _____
                                    The Honorable Phyllis J. Hamilton
                                    United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[STAMP: IT IS SO ORDERED / Judge Phyllis J. Hamilton]

5857042.2                                    - 3 -                        AMENDED STIPULATION AND [PROPOSED]
                                                                              ORDER RE BRIEFING ON FEE MOTION;
                                                                              CASE NO. CV 07-03953 PJ